# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 173

In the Matter of John V. Klein Family Trust, dated December 31, 2003 and Amended on May 19, 2010

| | |
|---|---|
| Gregory D. Klein and Wesley J. Klein, | Petitioners and Appellees |
| v. | |
| Jelena M. Bouret and John V. Klein, Jr., | Respondents and Appellees |
| and | |
| Jeffrey G. Klein, | Respondent |
| and | |
| Bruce G. Klein, | Respondent and Appellant |

### No. 20230059

Appeal from the District Court of Dunn County, Southwest Judicial District, the Honorable James D. Gion, Judge.

AFFIRMED.

Per Curiam.

Christopher J. Nyhus, Bismarck, ND, for petitioners and appellees; submitted on brief.

Clark J. Bormann and Katie L. Winbauer, Bismarck, ND, for respondent and appellee Jelena M. Bouret, n.k.a. Jelena M. Barfield; submitted on brief.

John V. Klein, Jr., Max, ND, respondent and appellee; submitted on brief.

Bruce G. Klein, Upham, ND, respondent and appellant; submitted on brief.

# Matter of John V. Klein Trust
## No. 20230059

**Per Curiam.**

[¶1]   Bruce Klein appeals from an order granting trustees' petition for sale of trust's surface interests and distribution of mineral interests to beneficiaries. He argues the district court erred by limiting testimony and argument from John Klein, Jr., and improperly interpreting the trust documents. We conclude the court did not abuse its discretion by limiting John Klein, Jr.'s testimony and argument. Further, we conclude Bruce Klein did not raise the trust interpretation issue in the district court and thus cannot raise it now on appeal for the first time. *Beeter v. Sawyer Disposal LLC*, 2009 ND 153, ¶¶ 20-21, 771 N.W.2d 282 (concluding issues not raised in the district court cannot be raised for the first time on appeal). We summarily affirm under N.D.R.App.P. 35.1(a)(4) and (7).

[¶2]   Jon J. Jensen, C.J.
      Lisa Fair McEvers
      Douglas A. Bahr
      Allan L. Schmalenberger, S.J.
      Norman G. Anderson, S.J.

[¶3]   The Honorable Allan L. Schmalenberger, S.J., and the Honorable Norman G. Anderson, S.J., sitting in place of Crothers, J., and Tufte, J., disqualified.